**Sylvester MOORE, Petitioner– Appellant,**

v.

**George HINKLE, Warden, Haynesville Correctional Center, Respondent– Appellee.**

No. 01–6108.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Jonathan Shapiro, Alexandria, VA, for appellant. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Sylvester Moore seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Moore v. Hinkle*, No. CA–00–1139–AM (E.D. Va. filed Dec. 19, 2000; entered Dec. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*